IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN WHITE, | ) |
| Plaintiff, | ) Civil Action No. 5:15-cv-00079 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) By: Hon. Michael F. Urbanski |
| Defendant. | ) United States District Judge |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to the motions to dismiss filed by the United States of America (ECF No. 6). The Magistrate Judge filed a report and recommendation on April 29, 2016, recommending that defendant's motion to dismiss be granted. No objections have been filed, and the court finds that the Magistrate Judge's report should be adopted in its entirety.

As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 15) is **ADOPTED**, the motion to dismiss (ECF No. 6) is **GRANTED**, and this case is hereby **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to counsel of record and to the pro se plaintiff.

Entered: 05-27-2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge